UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL JARYEE, | ) | 1:09-cv-00037 YNP [DLB] (HC) |
| | ) | |
|         Petitioner, | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| | ) | [Doc. #13] |
| v. | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | [Doc. #16] |
| ATTORNEY GENERAL, et al., | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
|         Respondents. | ) | |
| | ) | |

      Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On August 12, 2009, this Court issued an Order to Show Cause requiring Respondent to show cause why Petitioner should not be released immediately from ICE custody. (Doc. #13).

      On September 25, 2009, Respondent filed a response to that included a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody pursuant to an Order of Supervision.[1] (Doc. #16). In support of this contention, Respondent has submitted a copy of a Release Notification sent to Petitioner from ICE. (Response, Ex. 1).

---

[1] Respondent's motion actually states that "petitioner Steven Amara Dimoh was released from ICE custody..." but after reading the supporting Release Notification that was addressed to Petitioner, the Court can safely assume that Respondent merely made a mistake and that the motion actually does pertain to Petitioner.

**ORDER**

Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that:

1) The Order to Show Cause of August 12, 2009, is DISCHARGED;

2) Respondent's Motion to Dismiss the Petition is GRANTED,

3) All outstanding motions are to be DISMISSED as moot;

4) the Petition for writ of habeas corpus is DISMISSED; and

5) the Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

Dated:   **October 7, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE